IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID G. LEONARD, | No. 2:12-CV-2161-MCE-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| JAMES HARTLEY, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's motion for an extension of time (Doc. 22) to file a reply to respondent's opposition to his motion for a stay-and-abeyance order. Good cause appearing therefor, the request is granted. Petitioner's reply, if any, is due within 30 days of the date of this order.

IT IS SO ORDERED.

DATED: January 30, 2013

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1