IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID G. LEONARD, | No. 2:12-CV-2161-MCE-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| JAMES HARTLEY, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court are: (1) respondent's motion for an extension of time (Doc. 42) to file an answer to the petition; and (2) petitioner's duplicate motions for an extension of time (Docs. 46 and 47) to file a traverse. Good cause appearing therefor, all motions are granted. Specifically, respondent's motion is granted nunc pro tunc to October 17, 2013, the date respondent filed his answer, which is considered timely.

/ / /

/ / /

/ / /

/ / /

1

Petitioner is granted an extension of time to file a traverse and may do so within 30 days of the date of this order.

       IT IS SO ORDERED.

DATED: January 8, 2014

                                                 */s/ Craig M. Kellison*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE